**MEMO ENDORSED**

# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

January 5, 2026

**VIA ECF**

Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

-0

  Re: *United States v. Patrick Lewis*, 25-cr-74(NSR); 11-cr-912(NSR)-04

Dear Judge Roman:

  I represent Patrick Lewis in the above action. I write to respectfully request a 60-day adjournment to the sentencing presently scheduled for Friday, January 9, 2026. This the second request for an adjournment. The government consents to this request.

  The appointed forensic psychologist continues to work to complete an assessment of Mr. Lewis's mental health issues that will be relevant to sentencing. The requested adjournment will allow for time to complete this work. Additionally, materials relevant to sentencing have been requested and are expected to be returned by the requested date. As such, I respectfully request that the sentencing in this matter be adjourned 60 days to complete the submissions to the Court to enable to craft the appropriate sentence.

  I thank the Court for its continued attention to this matter.

            Sincerely,

            *[signature]*

            Daniel A. McGuinness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/07/2026__

Cc: All Counsel (via ECF)

**Deft's request to adjourn both the Jan. 9, 2026 Sentencing in 25 cr 0074 and the Final VOSR Admission and Sentencing in 11 cr 912-04 are GRANTED on consent of the Gov't. Both are adjourned to March 12, 2026 at 11:00 am. Clerk of Court is requested to terminate the motion at ECF No. 40 in 25 cr 0074.**
**Dated: White Plains, NY**
    **January 7, 2026**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE